1

2

3 **FILED**

4 APR 20 2020

5 CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
6 BY_____
DEPUTY CLERK

7

8

9 # UNITED STATES DISTRICT COURT

10 ## EASTERN DISTRICT OF CALIFORNIA

11

12 **BEVERLY A. HOUSER and**
**HAROLD L. HOUSER,**
13

14 Plaintiffs,

15 v.

16

17 **FORD MOTOR COMPANY, a**
**Delaware Corporation; and DOES 1**
18 **through 10, inclusive,**

19

20 Defendant.

21

Case No.: 2:18-cv-03211-JAM-AC

**[PROPOSED] ORDER ON**
**STIPULATION REGARDING**
**PLAINTIFFS' ATTORNEY'S FEES,**
**COSTS AND EXPENSES**

22 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

23 Plaintiffs Beverly A. Houser and Harold L. Houser ("**Plaintiffs**") and

24 Defendant FORD MOTOR COMPANY ("**Defendant**") (collectively, "**the**

25 **Parties**"), by and through their respective counsel of record, have entered into a

26 stipulation for entry of an Order by the Court regarding Plaintiffs' attorney's fees,

27 costs and expenses.

28

1  **THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN**
2  **ORDER AS FOLLOWS:**

3      (1)  That Defendant FORD MOTOR COMPANY shall pay to the Knight
4  Law Group Client Trust Account the total sum of $9,380.33 in attorney's
5  fees, costs and expenses.  Said payment is to be mailed to Plaintiffs'
6  counsel's offices in Los Angeles and must be received within 30 days of
7  execution of this stipulation by the parties.   No interest shall accrue on
8  the order or judgment until expiration of the 30-day period from the date
9  this stipulation is fully executed.  Should the payment not be received by
10  Knight Law Group with the 30-day period following execution of this
11  stipulation, interest will be deemed to have accrued from the date of
12  execution of the stipulation, unless otherwise agreed to by the parties.
13  The hearing on Plaintiffs' Motion for Attorney's Fees, Costs and
14  Expenses shall be vacated.

15

16  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17

18
19  Dated: April 20, 2020

                                                                                          
20                     JUDGE OF THE UNITED STATES
                   DISTRICT COURT

21

22  Prepared by:
**KNIGHT LAW GROUP, LLP**
23  Steve Mikhov (SBN 224676)
stevem@knightlaw.com
24  10250 Constellation Blvd., Suite 2500
Los Angeles, California 90067
25  Telephone: (310) 552-2250
Fax: (310) 552-7973
26  Attorney for Plaintiffs,
**BEVERLY A. HOUSER and**
27  **HAROLD L. HOUSER**

28

[PROPOSED] ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S
FEES, COSTS AND EXPENSES