# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BEVERLY A. HOUSER and HAROLD L. HOUSER,**<br><br>Plaintiffs,<br><br>v.<br><br>**FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,**<br><br>Defendant. | Case No.: 2:18-cv-03211-JAM-AC<br><br>[~~PROPOSED~~] ORDER ON AMENDED STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Beverly A. Houser and Harold L. Houser ("**Plaintiffs**") and Defendant FORD MOTOR COMPANY ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiffs' attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant FORD MOTOR COMPANY shall pay to the Knight Law Group Client Trust Account the total sum of $9,380.33 in attorney's fees, costs and expenses. Said payment is to be mailed to Plaintiffs' counsel's offices in Los Angeles and must be received within 30 days of execution of this stipulation by the parties. No interest shall accrue on the order or judgment until expiration of the 30-day period from the date this stipulation is fully executed. Should the payment not be received by Knight Law Group with the 30-day period following execution of this stipulation, interest will be deemed to have accrued from the date of execution of the stipulation, unless otherwise agreed to by the parties. The hearing on Plaintiffs' Motion for Attorney's Fees, Costs and Expenses shall be vacated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  4-22-20

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

Prepared by:
**KNIGHT LAW GROUP, LLP**
Steve Mikhov (SBN 224676)
stevem@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, California 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorney for Plaintiffs,
**BEVERLY A. HOUSER and HAROLD L. HOUSER**

[PROPOSED] ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES