**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorney for Plaintiffs,
**BEVERLY A. HOUSER**
**HAROLD T. HOUSER**

**GORDON REES SCULLY MANSUKHANI, LLP**
Spencer P. Hugret (SBN 240424)
shugret@grsm.com
Timothy A. Hanna (SBN 310620)
thanna@grsm.com
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Attorneys for Defendant,
**FORD MOTOR COMPANY**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BEVERLY A. HOUSER and HAROLD L. HOUSER** | **CASE NO** : **2:18-cv-03211-JAM-AC** |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| **FORD MOTOR COMPANY, a Delaware Corporation; FUTURE FORD, INC., a California Corporation, dba FUTURE FORD LINCOLN; and DOES 1 through 10, inclusive,** | Honorable Judge John A. Mendez |
| Defendants. | |

-1-
[PROPOSED ORDER] GRANTING JOINT STIPULATION FOR DISMISSAL

**ORDER**

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED:  June 10, 2020                    /s/ John A. Mendez_____
                                        JUDGE JOHN A. MENDEZ